IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMY J. MAULER, | 7:21CV5007 |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| THOMAS J. VILSACK, as Secretary of Department of Agriculture; | |
| Defendant. | |

This matter comes before the Court on the parties' Motion and Stipulation for Dismissal (Filing No. 53). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice with each party to bear their costs.

Dated this 22nd day of May, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge